EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Lara H. Castro Ward | 2018 TSPR 167<br><br>201 DPR ____ |

Número del Caso:  TS-18,083


Fecha: 25 de septiembre de 2018


Materia:  La suspensión será efectiva el 12 de octubre de 2018, fecha en que se le notificó a la abogada de su suspensión inmediata.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Lara H. Castro Ward                     TS-18,083

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de septiembre de 2018.

Evaluado el escrito titulado *Revisión Mostrando Causa* presentado por la Lcda. Lara H. Castro Ward, se ordena la suspensión provisional de ésta del ejercicio de la abogacía y la notaría. Asimismo, se le ordena a mantenernos informados sobre el estado del procedimiento penal que obra en su contra en el caso US v. Lara Castro Ward, Criminal No. 18-cr-412 (FAB). Se le apercibe que una vez el foro federal dicte sentencia y ésta advenga final y firme, procederemos a suspenderle de manera indefinida de la profesión legal.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo